# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 17, 2018

Stephen J. Markman,
Chief Justice

155994(69)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

*In re* WILLIAMS, Minors.

SC: 155994
COA: 335932
Macomb CC Family Div:
  2012-000291-NA
  2012-000292-NA

_____/

On order of the Chief Justice, the motion for the temporary admission of out-of-state attorney Neoshia R. Roemer to practice *pro hac vice* is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 17, 2018



Clerk